Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-407-559**

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

**Title of Work:** Don't Stop

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 25, 2017
**Nation of 1st Publication:** Austria

## Author

- **Author:** Barbara Hollaus
  **Pseudonym:** Barlena
  **Author Created:** 2-D artwork
  **Citizen of:** Austria
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Barbara Hollaus
Dornaustr. 602, Mayrhofen, 6290, Austria

## Rights and Permissions

**Name:** Barbara Hollaus
**Email:** mail2barbara@gmx.at
**Address:** Dornaustr. 602
Mayrhofen 6290 Austria

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-407-610**

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

## Title

   **Title of Work:** The Coffee

## Completion/Publication

   **Year of Completion:** 2018
  **Date of 1st Publication:** June 03, 2018
 **Nation of 1st Publication:** Austria

## Author

-      **Author:** Barbara Hollaus
    **Pseudonym:** Barlena
  **Author Created:** 2-D artwork
     **Citizen of:** Austria
   **Pseudonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Barbara Hollaus
      Dornaustr. 602, Mayrhofen, 6290, Austria

## Rights and Permissions

     **Name:** Barbara Hollaus
     **Email:** mail2barbara@gmx.at
    **Address:** Dornaustr. 602
      Mayrhofen 6290 Austria

## Certification

     **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-407-608**

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

        **Title of Work:** The Eye Roll

## Completion/Publication

     **Year of Completion:** 2018
    **Date of 1st Publication:** February 05, 2018
  **Nation of 1st Publication:** Austria

## Author

-             **Author:** Barbara Hollaus
       **Pseudonym:** Barlena
   **Author Created:** 2-D artwork
         **Citizen of:** Austria
    **Pseudonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Barbara Hollaus
Dornaustr. 602, Mayrhofen, 6290, Austria

## Rights and Permissions

              **Name:** Barbara Hollaus
             **Email:** mail2barbara@gmx.at
          **Address:** Dornaustr. 602
Mayrhofen 6290 Austria

## Certification

              **Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-407-601**

**Effective Date of Registration:**
May 13, 2024

**Registration Decision Date:**
August 14, 2024

---

### Title

| | |
|---|---|
| Title of Work: | The Pizza |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | February 12, 2018 |
| Nation of 1st Publication: | Austria |

### Author

| | |
|---|---|
| • Author: | Barbara Hollaus |
| Pseudonym: | Barlena |
| Author Created: | 2-D artwork |
| Citizen of: | Austria |
| Pseudonymous: | Yes |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Barbara Hollaus |
| | Dornaustr. 602, Mayrhofen, 6290, Austria |

### Rights and Permissions

| | |
|---|---|
| Name: | Barbara Hollaus |
| Email: | mail2barbara@gmx.at |
| Address: | Dornaustr. 602 |
| | Mayrhofen 6290 Austria |

### Certification

| | |
|---|---|
| Name: | David Denholm |

